Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>BRYSON LASHUN POTTS p/k/a NLE CHOPPA, et al.,<br><br>Defendants. | Case No.: 2:23-cv-08323-JAK-AS<br>*Honorable John A. Kronstadt presiding*<br><br>**JOINT STATUS UPDATE** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties to this action hereby submit this Joint Status Report in accord with the Court's July 28, 2025 Order ("Order"). See Dkt. 95.

The Order requires the parties to update the Court on the status of the *The Barry White Family Trust v. Cooley et al.*, S.D.N.Y. Case No. 1:24-cv-0759-DLC (the "White Case"), the resolution of which affects the claims at issue in this case.

As indicated in the last status report, Plaintiff Rodney Oliver advises that the White Case has now been resolved but an ancillary action has been filed by a *pro se* party claiming certain ownership rights in the work at issue. Plaintiff's counsel has previously conferred with Oliver's counsel in that matter, which the federal docket reflects has now been transferred to state court. Oliver also contemplates providing an update as to an agreement relating to this dispute to the defense within the next 45 days.

Oliver will continue to monitor the above-mentioned litigation and will further advise as to status in an upcoming report.

Dated: May 4, 2026 By: *<u>/s/ Scott Alan Burroughs</u>*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Dated: May 4, 2026 By: */s/* ______________________
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants Bryson Lashun Potts, No Love Entertainment, Inc., Sony Music Publishing (US) LLC, and Warner Records Inc.*

Dated: May 4, 2026 By: */s/*

Howard E. King, Esq.
Jackson S. Trugman, Esq.
KING HOLMES PATERNO & SORIANO LLP
*Attorneys for Defendants Patric Earl Houston, Jordan Michael Houston III, and Paul D. Beauregard*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.